IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MICAH ANDERSON,                   )
                                  )
     Plaintiff,                   )
                                  )     CIVIL ACTION NO.
     v.                           )       2:23cv566-MHT
                                  )           (WO)
THOMAS YOON and LG                )
ELECTRONICS CORPORATION,          )
                                  )
     Defendants.                  )
```

OPINION

Plaintiff, a prisoner, filed this lawsuit complaining about, to the best of the court's understanding, being deprived of access to the courts, to his "workspace estate," and to certain books, records, and data apparently related to biomedical engineering and other branches of engineering. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for leave to proceed in forma pauperis be denied and the case be dismissed. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of October, 2023.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE