IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MICAH ANDERSON,              )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )         2:23cv566-MHT
                             )            (WO)
THOMAS YOON and LG           )
ELECTRONICS CORPORATION,     )
                             )
     Defendants.             )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 3) is adopted.

(2) Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is denied.

(3) This lawsuit is dismissed without prejudice for failure to pay the full filing and administrative fees upon initiation.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of October, 2023.

                                        /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE